UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:23-CV-00025-EBA

LADONNA KAY MAY,                                                                                           PLAINTIFF,

V.                                                      **JUDGMENT**

KILOLO KIJAKAZI,
*Acting Commissioner of Social Security*,                                                   DEFENDANT.

*** *** *** ***

In compliance with FED. R. CIV. P. 58, and in accordance with the Memorandum Opinion & Order entered this date, it is ORDERED AND ADJUDGED that:

(1) The administrative decision of the Acting Commissioner of Social Security is AFFIRMED and Judgment is entered in the Commissioner's favor with respect to all issues.

(2) This is a FINAL and APPEALABLE Judgment and there is no just cause for delay.

(3) This action is DISMISSED and STRICKEN from the Court's docket.

Signed November 8, 2023.



Signed By:
*Edward B. Atkins*   *EBA*
**United States Magistrate Judge**